**Exhibit A**

Byrne / Glendale
MONDAY, FEBRUARY 24, 2020
10:16

Please save this receipt until you have
verified your account statement.

Deposit

    Account Number: XXXXXXXXXXXX9934
           Amount: $1,000,000.00
       New Account
          Balance: $0.00
  Available Balance: $0.00



Teller Number: E023081
        Bank: 800
     Branch: 586
Transaction #: 7586067707

**Citizens Bank**

citizensbank.com
**1-800-922-9999**
Please see back for important disclosures.