
*Exhibit B*



April 10, 2020

LANCE JERMAINE HARRIS TRUST
UTA DTD 02222020
LANCE J HARRIS TTEE
31 DICKENS DR
TOLEDO OH            43607-2354

**Important information regarding your account ending in 9934**

Dear LANCE HARRIS:

**What you need to know:**  We posted a debit to your account in the amount of $944,222.73 on April 10, 2020 for a forged or counterfeit check claim.

If you have any questions, please contact us at 800-974-2260, Monday through Friday from 8:30 a.m. to 5 p.m. ET.

Thank you for your business.

Sincerely,
Citizens Bank

Claim Number: 001520101000368

Citizens Bank is a brand name of Citizens Bank, N.A. Member FDIC.