Exhibit C

05/26/2020

Lance J Harris
31 Dickens Dr.
Toledo, Ohio
43607-2354

Citizens Bank
Attention: Stephen T. Gannon
General Counsel & Chief Legal Officer
One Citizens Plaza
Providence, RI 02903

Certified mail no. 7018 0680 0000 5641 6242

Re: Citizens Bank letter April 10, 2020

To: Stephen T. Gannon

In response to your letter dated April 10, 2020 (copy enclosed), I'm confused over what made Citizens Bank believe the check was forged or counterfeit? Please respond to me within 21 calendar days upon receiving this, if you choose not to answer you agree that Citizens Bank has committed fraud.

*Lance J Harris*

---

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7018 0680 0000 5641 6242

Certified Mail Fee $3.55
Extra Services & Fees
- Return Receipt (hardcopy) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00

Postage $0.55
Total Postage and Fees $6.95

Sent To: Citizens Bank
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PROVIDENCE, RI 02903
05/26/2020

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions