

Treasury Check Verification Application Form – Financial Management Service / Bureau of the US Department of the Treasury



# Treasury Check Information System (TCIS)
## Check Verification

**Welcome**

**Check Verification**

Check No. 4038-81437662 has already been paid by the U. S. Treasury. Please verify your entry and/or review the Treasury check security features

Routing Transit number of your institution       241070417

Check No.       4038    - 81437662
As shown in the upper right hand corner of the Treasury check

Check Amount    $ 1000000
Decimal point is required except for whole dollars.

[ Verify ]    [ Start Over ]

Viewing PDF files requires the free Acrobat Reader.

**WARNING**
**WARNING**
**WARNING**

You have accessed a United States Government computer. Unauthorized use of this computer is a violation of federal law and may subject you to civil and criminal penalties. This computer and the automated systems, which run on it, are monitored. Individuals are not guaranteed privacy while using government computers and should, therefore, not expect it. Communications made using this system may be disclosed as allowed by federal law.

Contact | Privacy Policy | Accessibility/508 Statement | Freedom of Information Act/Information Quality

DEPARTMENT of the TREASURY | No Fear Act | REGULATIONS.gov | USA.gov

Exhibit D



U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

PROVIDENCE, RI 02903    OFFICIAL USE

Certified Mail Fee $3.55     $2.85    0127 39
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)  $ $0.00      Postmark
☐ Certified Mail Restricted Delivery  $ $0.00   Here
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $0.55               JUN 29 2020
Total Postage and Fees $6.95       06/29/2020

Sent To Citizens Bank Stephen T. Gannon
Street and Apt. No., or PO Box No. 1 Citizens Plaza
City, State, ZIP+4® Providence, RI 02903

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

https://tcva.fiscal.treasury.gov/ibi_apps/WFServlet