Case: 3:20-cv-02054-JRK  Doc #: 1-8  Filed:  09/14/20  1 of 1.  PageID #: 13



Lance Harris
31 Dickens Dr.
Toledo, OH 43607-2354



3:20 CV 2054

U.S. Courthouse
Room 114
1716 Spielbusch Ave.
Toledo, OH 43604