IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LANCE J. HARRIS,** : | |
| : | **CIVIL NO. 3:20-cv-02054** |
| *Plaintiff,* : | |
| : | (The Honorable Jeffrey J. Helmick) |
| v. : | |
| : | |
| **CITIZENS BANK, et al.** : | |
| : | |
| *Defendants.* : | |

**MOTION OF DEFENDANT THE VANGUARD GROUP, INC. TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant The Vanguard Group, Inc. ("Vanguard") hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) as follows:

(1) For an Order, pursuant to Fed. R. Civ. P. 12(b)(2) dismissing the Amended Complaint against Vanguard for lack of personal jurisdiction; or, in the alternative,

(2) For an Order, pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Amended Complaint against Vanguard for failure to state a claim upon which relief can be granted.

The grounds for these motions are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

-2-

Dated: November 30, 2020    Respectfully submitted,

*s/ Brian P. Downey*
Brian P. Downey, Esq.
TROUTMAN PEPPER HAMILTON
SANDERS LLP
100 Market Street
Suite 200, P.O. Box 1181
Harrisburg, PA 17108
Phone: 717.255.1155
Fax: 717.238.0575
Email: Brian.Downey@Troutman.com
Ohio Bar Number: 86148

*Attorneys for Defendant The Vanguard Group, Inc.*

## CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on November 30, 2020, a true and correct copy of the foregoing document was filed with the clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all parties of record, and that a true and correct copy was delivered to the following:

*Via U.S. Mail*
Lance J. Harris
31 Dickens Dr.
Toledo, Ohio
43607-2354

*s/ Brian P. Downey*